**No. 44909.**—Protests 874017–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. Atomizers, pencil sharpeners, and tape measures were held dutiable as household utensils, and banks as hollow ware at 40 percent under paragraph 339 in accordance with stipulation of counsel. Abstracts 41633, 42749, and 43372; and *Rice* v. *United States* (T. D. 49373) followed.

**No. 44910.**—Protests 850787–G, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. On the record presented the articles in question were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed. Abstracts 41633, 43372, 42749, and 38680, and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 44911.**—Protests 823814–G, etc., of S. Lisk & Bro. (New York).

Opinion by DALLINGER, J. Pencil sharpeners, paperweights, tape measures, and desk pads were held dutiable as household utensils, and banks as hollow ware at 40 percent under paragraph 339 as claimed. Abstracts 41633, 42749, 38680, and 40821, and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 44912.**—Protests 997446–G, etc., of Pratt & Farmer Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.

DECEMBER 3, 1940

**No. 44913.** —Protest 981062–G of Jos. Riedel Glass Works, Inc. Application by Government for rehearing denied.

DECEMBER 5, 1940

**No. 44914.**— —Protests 85429–G, etc., of H. W. Robinson & Co. et al. Application by plaintiffs for rehearing granted.

DECEMBER 9, 1940

**No. 44915.**— —Protest 583067–G of American Straw Goods Co. Application by plaintiff for rehearing granted.